```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

```
ROBERT D. THOMAS,                    :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :
                                     :      CIVIL ACTION 15-0214-M
CAROLYN W. COLVIN,                   :
Social Security Commissioner,        :
                                     :
    Defendant.                       :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Robert D. Thomas and against Defendant Carolyn W. Colvin.

DONE this 17th day of February, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE