IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT D. THOMAS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0214-M |
| CAROLYN W. COLVIN,<br>Commission of Social Security, | : | |
| Defendant. | : | |

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Robert D. Thomas. It is further **ORDERED** that no award of EAJA Attorney Fees shall be awarded in this action.

DONE this 20th day of April, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE